IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                        PETITIONER

VS.                              CASE NO. 10-CV-1008

RICKEY JONES, President of
Jones Funeral Home, Incorporated                                RESPONDENT

### ORDER

On January 28, 2010, the United States filed in this Court a Petition to Enforce Internal Revenue Service Summons.  (Doc. No. 1).  On February 9, 2010, the petitioner was granted and Respondent Rickey Jones, President of Jones Funeral Home, Incorporated,  was ordered to comply with the IRS summons or show cause to the Court why he should not be compelled to comply with said summons.  Respondent has now produced the books, records, papers, and other data in his possession requested by the IRS.  He has also agree to fill out financial statements provided by the Service.  The Court finds that the Respondent Rickey Jones, President of Jones Funeral Home, Incorporated, has complied with the Internal Revenue Service Summons.  Accordingly, this matter is **dismissed**.

IT IS SO ORDERED, this 4th day of May, 2010.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge